# Exhibit 5

# Jonathan H. Koppell

| | |
|---|---|
| **From:** | Jonathan H. Koppell |
| **Sent:** | Wednesday, August 25, 2021 10:07 PM |
| **To:** | Lauren Varnado; Marvin Masters; Roger Cutright; Ethan Vessels; arcutright@cutrightlawwv.net; Eric Gordon; Mark Colantonio; Rocky Fitzsimmons; amber@themasterslawfirm.com; Kiah Rolland |
| **Cc:** | Jennifer Hicks; Mark Dausch; David R. Dehoney; Chelsea Heinz; Veronica Manning; Steve Page; Joel Leach; Melissa Cabrera |
| **Subject:** | RE: Defendants' Deficiency Letters |
| **Attachments:** | Glover_ Ltr Request to Meet and Confer re Plaintiffs' Responses to Second Set Discovery on Adequacy - Aug 4 2021.pdf; Glover_ 2021.08.18 Ltr Request to Meet and Confer re Plaintiffs' Discovery Deficiencies.pdf |

Counsel,

As you are aware, the time for Defendants' to file a motion to compel on Plaintiffs' Responses to Defendants' Second Discovery Requests on Adequacy is quickly approaching on August 30, 2021. Accordingly, please let us know when you are available to meet-and-confer this week on the issues discussed in Defendants' August 4th and 18th letters (attached for reference).

Best,
Jonathan

**Jonathan Koppell**
Associate
McKool Smith, P.C.
One Manhattan West
395 Ninth Avenue, 50th Floor
New York, New York 10001
Tel:  212.402.9489
jkoppell@mckoolsmith.com

_____
NOTICE OF CONFIDENTIALITY:  The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Lauren Varnado <lvarnado@McKoolSmith.com>
**Sent:** Wednesday, August 18, 2021 9:14 PM
**To:** Marvin Masters <mwm@themasterslawfirm.com>; Roger Cutright <rlcutright@cutrightlawwv.net>; Ethan Vessels <ethan@fieldsdehmlow.com>; arcutright@cutrightlawwv.net; Eric Gordon <egordon@bkctg.com>; Mark Colantonio <mark@fitzsimmonsfirm.com>; Rocky Fitzsimmons <rocky@fitzsimmonsfirm.com>; amber@themasterslawfirm.com; Kiah Rolland <Kiah@fitzsimmonsfirm.com>
**Cc:** Jennifer Hicks <jhicks@babstcalland.com>; Mark Dausch <mdausch@babstcalland.com>; David R. Dehoney <ddehoney@McKoolSmith.com>; Jonathan H. Koppell <jkoppell@McKoolSmith.com>; Chelsea Heinz <CHeinz@babstcalland.com>; Veronica Manning <vmanning@McKoolSmith.com>; Steve Page <spage@McKoolSmith.com>; Joel Leach <jleach@McKoolSmith.com>
**Subject:** Glover_ 2021.08.17 Ltr Request to Meet and Confer re Plaintiffs' Discovery Deficiencies.pdf

Counsel,

Please see attached correspondence and request to meet and confer regarding plaintiffs' discovery deficiencies.

Best,
Lauren

**Lauren W. Varnado**
Principal
McKool Smith
600 Travis Street
Suite 7000
Houston, TX 77002
Telephone:  (713) 485-7311
Fax:  (713) 485-7344
E-mail:  lvarnado@mckoolsmith.com

NOTICE OF CONFIDENTIALITY:

The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL.  It is intended only for the individual or entity designated above.  You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited.  If you have received this e-mail in error, please notify the sender by reply immediately.  Any e-mail erroneously transmitted to you should be immediately destroyed.