# Exhibit 7

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| Document/Item Name or Bates Number | Date | Title or Description | Subject | Maker/Custodian | Privilege(s) or Objections Claimed |
|---|---|---|---|---|---|
| PLTFs001986 | 11/02/10 | Email correspondence between Marcus Huey and David McMahon, Esq. | Representation regarding Lease Amendment | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs001987 | 11/02/10 | Detailed Invoice of David McMahon, Esq. | Representation regarding Lease Amendment | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002000 | 03/17/15 | Notes by Marcus Huey for meeting with J. Mark Adkins, Esq., on March 17, 2015 | Representation for claims against EQT | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| **PLTFs002051** | 01/25/16 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | John McCuskey | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| **PLTFs002052 – PLTFs002056** | 12/02/15 - 01/25/16 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Nick Preservati, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| **PLTFs002057 – PLTFs002061** | 12/02/15 - 01/04/16 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Nick Preservati, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| | | | | *rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002061 – PLTFs002066 | 12/02/15 - 12/30/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Nick Preservati, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002067 – PLTFs002070 | 12/02/15 – 12/30/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Nick Preservati, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002071 | 12/02/15 – 12/18/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Nick Preservati, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
*Circuit Court of Wetzel County, West Virginia*
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| PLTFs002072 | 12/02/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Quick Update | McCuskey & Slicer PLLC | of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| | | | | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002073 – PLTFs002074 | 11/16/15 – 11/25/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002075 | 11/16/15 – 11/23/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Quick Update | Marcus Huey/John F. McCuskey, Esq., and Shuman | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and |

Page **5** of **15**

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| | | | McCuskey & Slicer PLLC | 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002076 – PLTFs002077 | 11/13/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Case Status | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002078 | 11/13/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Case Status | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002079 – PLTFs002080 | 10/16/15 – 10/17/15 | Email correspondence between Marcus Huey | EQT Severance Taxes | Marcus Huey/John F. McCuskey, Esq., | Communication as part of attorney-client relationship and opinion work product communication subject to |

Page **6** of **15**

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
<u>**Privilege Log of Plaintiffs**</u>

April 13, 2020

| | | | | |
|---|---|---|---|---|
| | | and J. Mark Adkins, Esq. | | protection under Rules26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002081 – PLTFs002082 | 10/06/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | O&G bankruptcies | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002083 – PLTFs002084 | 09/24/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Help | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002085 – PLTFs002086 | 09/13/15 | Email correspondence between Marcus | Representation | Marcus Huey/John F. | Communication as part of attorney-client relationship and opinion work |

Page **7** of **15**

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| | | Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | | McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002087 | 09/03/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | EQT | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002088 – PLTFs002089 | 08/28/15 – 08/29/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | EQT | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| PLTFs002090 – PLTFs002091 | 08/24/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002092 | 08/12/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002093 – PLTFs002095 | 06/30/15 – 07/03/15 | Email correspondence between Marcus Huey, Dianne Lutz, Dina West Stewart, Joe West, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| PLTFs002096 – PLTFs002097 | 06/20/15 – 06/22/15 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002098 | 05/09/15 – 05/11/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002099 – PLTFs002100 | 05/05/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002101 – PLTFs002111 | 04/10/15 - 05/03/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq.., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002112 – PLTFs002116 | 04/10/15 – 04/29/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq.., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002117 – PLTFs002118 | 04/10/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Patrick Timony, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq.., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex |

*Marcus Huey, et al. v. EQT Production Company, et al.*
Civil Action No. 17-C-43
Circuit Court of Wetzel County, West Virginia
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | |
|---|---|---|---|---|
| PLTFs002119 – PLTFs002123 | 11/24/14 – 01/28/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Dina West Stewart | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002124 – PLTFs002128 | 11/24/14 – 01/13/15 | Email correspondence between Marcus Huey, J. Mark Adkins, Esq., and Dina West Stewart | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan,* 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002129 – PLTFs002132 | 11/24/14 - | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | | | |
|---|---|---|---|---|---|
| | | | | McCuskey & Slicer PLLC | of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002133 – PLTFs002134 | 11/24/14 – 12/01/14 | Email correspondence between Marcus Huey and J. Mark Adkins, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of attorney-client relationship and opinion work product communication subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002135 | 03/15/16 | Correspondence from Marcus Huey to Marvin Masters, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of prospective attorney-client relationship subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002136 | 04/09/16 | Email correspondence between Marcus Huey, Marvin Masters, Esq., and | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman | Communication as part of prospective attorney-client relationship subject to protection under Rules 26(b)(1) and 26(b)(3) of |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| Bates | Date | Document | Privilege | Parties | Basis |
|---|---|---|---|---|---|
| | | Matt Perry of the Masters Law Firm | | McCuskey & Slicer PLLC | the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002137 – PLTFs002138 | 04/18/16 | Email correspondence between Marcus Huey, Dianne Lutz, Dina West Stewart, John Huey, Marvin Masters, Esq., and Matt Perry of the Masters Law Firm | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of prospective attorney-client relationship subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002139 | 06/03/16 | Correspondence from Marcus Huey to Marvin Masters, Esq. | Representation | Marcus Huey/John F. McCuskey, Esq., and Shuman McCuskey & Slicer PLLC | Communication as part of prospective attorney-client relationship subject to protection under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |
| PLTFs002140 | 06/15/16 | Email correspondence between Marcus Huey, Dora Kay | Representation | Marcus Huey/John F. McCuskey, Esq., | Communication as part of prospective attorney-client relationship subject to protection |

*Marcus Huey, et al. v. EQT Production Company, et al.*
**Civil Action No. 17-C-43**
**Circuit Court of Wetzel County, West Virginia**
**Privilege Log of Plaintiffs**

April 13, 2020

| | | | |
|---|---|---|---|
| | Grubb, Dina West Stewart, Marvin Masters, Esq., and Matt Perry of the Masters Law Firm | and Shuman McCuskey & Slicer PLLC | under Rules 26(b)(1) and 26(b)(3) of the West Virginia Rules of Civil Procedure. *See, State ex rel. Allstate Ins. Co. v. Gaughan*, 203 W. Va. 358, 373, 508 S.E.2d 75, 90 (1998). |